CRABTREE, APPELLEE, *v.* GORDON ET AL., APPELLANTS.

[Cite as Crabtree *v.* Gordon (1986), 28 Ohio St. 3d 302.]

(No. 85-1111—Decided December 22, 1986.)

*Jack M. Lenavitt Co., L.P.A., Jack M. Lenavitt, Mark L. Schumacher* and *Mark T. Rubright,* for appellee.

*Shumaker, Loop & Kendrick* and *H. Frank McDaniel,* for appellant Toledo Hospital.

*Eastman & Smith* and *Peter R. Casey III,* for appellant H.G. Gordon, M.D.

The judgment in this cause, having been certified by the court of appeals in case No. L-84-226 as being in conflict with *Wainstein* v. *Univ. Hospitals of Cleve.* (Apr. 14, 1985), Cuyahoga App. No. 48788, unreported, is hereby affirmed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.